ROBERT C. LOCKWARD, complainant-respondent,

v.

ISAAC L. EVANS et al., defendants-appellants.

[Decided January 31st, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Foster, whose opinion is reported *ante p. 530*.

*Messrs. Raymond, Mountain, Van Blarcom & Marsh,* for the respondent.

*Messrs. Church & Harrison* and *Mr. J. Henry Harrison,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Foster.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.